THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v.
MEYER EDELSTEIN, Respondent.

(Argued May 15, 1931; decided June 2, 1931.)

*Thomas C. T. Crain, District Attorney (John C. McDermott* of counsel), for appellant.

*Herman L. Mehr* and *Joseph L. Mehr* for respondent.

Judgment affirmed; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO Ch. J.